BRIGHT & COMPANY, et al.

v.

Henry R. HAMMAN, et al.

No. 96–0736.

Supreme Court of Texas.

Feb. 13, 1997.

Prior report: Tex.App., 924 S.W.2d 168.

The motion to remand in aid of settlement is granted. The applications for writ of error are granted without reference to the merits and the judgment of the courts below are vacated without reference to the merits. The cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.